UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. BAKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, et al.,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-10553-PA-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the R&R to which Plaintiff has objected ("Objections") as well as Defendant's Response, and accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered DISMISSING this action with prejudice.

Dated: August 14, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　United States District Judge