JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI L. BAKER, | Case No. 2:23-cv-10553-PA-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOUIS DEJOY, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case is DISMISSED with prejudice.

Dated: August 14, 2025

PERCY ANDERSON
United States District Judge